Craig J. Mariam (SBN: 225280)
cmariam@gordonrees.com
Andrew M. Legolvan (SBN: 292520)
alegolvan@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco CA, 94111
Telephone: (415) 986-5900
Facsimile: (877) 306-0043

Attorneys for Defendants,
Mandot, LLC, d/b/a 1st American Self Storage and
Budget Self Storage, LLC, d/b/a Tiger Self Storage

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DELEON, individually and on behalf of all others similarly situated and on behalf of the general public, <br><br> Plaintiff, <br><br> vs. <br><br> ELITE SELF STORAGE MANAGEMENT, LLC, a California limited liability company; MANDOT, LLC, D/B/A 1ST AMERICAN SELF STORAGE, a California limited liability company; BUDGET SELF STORAGE, LLC, D/B/A TIGER SELF STORAGE, a California limited liability company; REPWEST INSURANCE COMPANY, an Arizona corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation; BRANDON JOSEPH LUTHYE, individually and in his official capacity; TINA LUTHYE, individually and in her official capacity; and DOES I through 100, inclusive, <br><br> Defendants. | CASE NO. 2:15-at-001033 <br><br> *Removed from the Superior Court for the State of California, County of Sacramento Case No. 34-2015-001843-46* <br><br> **DECLARATION OF MATT WALTER IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION** <br><br> *Filed Concurrently with the Notice of Removal* |

///

-1-
DECLARATION OF MATT WALTER IN SUPPORT OF NOTICE OF REMOVAL
Case No. 2:15-at-001033

I, Matthew Walter, declare as follows:

1. I am a member (with a 50% membership interest) of Mandot, LLC, d/b/a 1st American Self Storage ("First American"), a defendant in the above-captioned action. Moreover, I own a 50% share of The California Driftwood Marina, Inc. and Group Five Investments Partnership, both of which own a combined 100% interest in Budget Self Storage, LLC, d/b/a Tiger Self Storage ("Tiger"), a defendant in the above-captioned action. I have personal knowledge of the following facts, except for those based on information and belief, which I believe to be true, and if called upon to testify, I could and would competently testify to their truth and accuracy.

2. I am personally familiar with the business activities of First American and Tiger, including the issues addressed in this declaration. To the extent any memorandum, report, record, or data compilation was relied on or referenced in this declaration, such record has been kept in the course of a regularly conducted business activity, and it has been the regular practice of First American and Tiger to create and maintain these records as part of its regularly conducted business activity.

3. First American and Tiger provide self-storage services at two locations. On average, during the last four years, First American and Tiger have had an annual move-in/move-out rate (*i.e.*, turnover rate) of approximately 62.6% per year. This means that of all of the units owned by First American and Tiger, each year approximately 37.4% of the renters will continue renting the units, while 62.6% of the renters will move out and will be replaced by new renters.

4. On any given day, First American and Tiger have approximately 1240 units occupied.

/ / /

/ / /

/ / /

-2-
DECLARATION OF MATT WALTER IN SUPPORT OF NOTICE OF REMOVAL

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of October, 2015.

*Matthew Walter*
Matthew Walter