```
 1  Craig J. Mariam  (SBN: 225280)
    cmariam@gordonrees.com
 2  Andrew M. Legolvan (SBN: 292520)
    alegolvan@gordonrees.com
 3  GORDON & REES LLP
    275 Battery Street, Suite 2000
 4  San Francisco CA, 94111
    Telephone:  (415) 986-5900
 5  Facsimile:  (877) 306-0043

 6  Attorneys for Defendants,
    Mandot, LLC, d/b/a 1st American Self Storage;
 7  Budget Self Storage, LLC, d/b/a Tiger Self Storage;
    Elite Self Storage Management, LLC;
 8  Brandon Joseph Luthye; and Tina Luthye
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DELEON, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE SELF STORAGE MANAGEMENT, LLC, a California limited liability company; MANDOT, LLC, D/B/A 1ST AMERICAN SELF STORAGE, a California limited liability company; BUDGET SELF STORAGE, LLC, D/B/A TIGER SELF STORAGE, a California limited liability company; REPWEST INSURANCE COMPANY, an Arizona corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation; BRANDON JOSEPH LUTHYE, individually and in his official capacity; TINA LUTHYE, individually and in her official capacity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:15-at-001033<br><br>DEFENDANT BUDGET SELF STORAGE, LLC'S CORPORATE DISCLOSURE STATEMENT<br><br>**[Fed. R. Civ. P. 7.1]** |

/ / /

-1-
DEFENDANT BUDGET SELF STORAGE, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Budget Self Storage, LLC dba Tiger Self Storage ("Tiger") submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and certifies the following:

Tiger has no parent corporation. The California Driftwood Marina, Inc. owns 5% of Tiger's membership interest, and Group Five Investments Partnership owns 95% of Tiger's membership interest.

Respectfully submitted,

Dated: October 5, 2015          GORDON & REES LLP

By: /s/ Craig J. Mariam
Craig J. Mariam
Andrew M. Legolvan
Attorneys for Defendants
Mandot, LLC, d/b/a 1st American Self Storage; Budget Self Storage, LLC, d/b/a Tiger Self Storage; Elite Self Storage Management, LLC; Brandon Joseph Luthye; and Tina Luthye

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

8010110/25258502v.1