Craig J. Mariam (SBN: 225280)
cmariam@gordonrees.com
Andrew M. Legolvan (SBN: 292520)
alegolvan@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco CA, 94111
Telephone: (415) 986-5900
Facsimile: (877) 306-0043

Attorneys for Defendants,
Mandot, LLC, d/b/a 1st American Self Storage;
Budget Self Storage, LLC, d/b/a Tiger Self Storage;
Elite Self Storage Management, LLC;
Brandon Joseph Luthye; and Tina Luthye

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DELEON, individually and on behalf of all others similarly situated and on behalf of the general public, <br><br> Plaintiff, <br><br> vs. <br><br> ELITE SELF STORAGE MANAGEMENT, LLC, a California limited liability company; MANDOT, LLC, D/B/A 1ST AMERICAN SELF STORAGE, a California limited liability company; BUDGET SELF STORAGE, LLC, D/B/A TIGER SELF STORAGE, a California limited liability company; REPWEST INSURANCE COMPANY, an Arizona corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation; BRANDON JOSEPH LUTHYE, individually and in his official capacity; TINA LUTHYE, individually and in her official capacity; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 2:15-at-001033 <br><br> DEFENDANT ELITE SELF STORAGE MANAGEMENT, LLC'S CORPORATE DISCLOSURE STATEMENT <br><br> **[Fed. R. Civ. P. 7.1]** |

///

-1-

DEFENDSANT MANDOT, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Mandot, LLC dba 1st American Self Storage ("First American") submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and certifies the following:

First American has no parent corporation, and there are no publicly held corporations that own 10% or more of its stock.

Respectfully submitted,

Dated: October 5, 2015     GORDON & REES LLP

By: /s/ Craig J. Mariam
Craig J. Mariam
Andrew M. Legolvan
Attorneys for Defendants
Mandot, LLC, d/b/a 1st American Self Storage; Budget Self Storage, LLC, d/b/a Tiger Self Storage; Elite Self Storage Management, LLC; Brandon Joseph Luthye; and Tina Luthye