Craig J. Mariam (SBN: 225280)
cmariam@gordonrees.com
Andrew M. Legolvan (SBN: 292520)
alegolvan@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco CA, 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants,
Mandot, LLC, d/b/a 1st American Self Storage;
Budget Self Storage, LLC, d/b/a Tiger Self Storage;
Elite Self Storage Management, LLC;
Brandon Joseph Luthye; and Tina Luthye

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DELEON, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ELITE SELF STORAGE MANAGEMENT, LLC, a California limited liability company; MANDOT, LLC, D/B/A 1ST AMERICAN SELF STORAGE, a California limited liability company; BUDGET SELF STORAGE, LLC, D/B/A TIGER SELF STORAGE, a California limited liability company; REPWEST INSURANCE COMPANY, an Arizona corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation; BRANDON JOSEPH LUTHYE, individually and in his official capacity; TUNA LUTHYE, individually and in her official capacity; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:15-at-001033<br><br>**PROOF OF SERVICE**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: September 16, 2015 |

-1-
PROOF OF SERVICE

1  I am a resident of the State of California, over the age of eighteen years, and
2  not a party to the within action. One of my business addresses is: Gordon & Rees
3  LLP, 275 Battery Street, Suite 2000, San Francisco, California 94111. On October
4  5, 2015, I served the within documents:

> 1. **NOTICE OF REMOVAL OF CIVIL ACTION;**
> 2. **CIVIL CASE COVER SHEET**
> 3. **DECLARATION OF MATT WALTER IN SUPPORT OF REMOVAL OF CIVIL ACTION;**
> 4. **CORPORATE DISCLOSURE – ELITE SELF STORAGE MANAGEMENT, LLC**
> 5. **CORPORATE DISCLOSURE – BUDGET SELF STORAGE, LLC**
> 6. **CORPORATE DISCLOSURE – MANDOT, LLC**

☐ **BY ELECTRONIC MAIL**: I caused such document(s) to be electronically mailed in .pdf format as an e-mail attachment to each addressee for the above-entitled case as listed below. The transmission was complete and confirmed. A copy of the transmittal e-mail will be maintained with the original document(s) in our office.

☐ **BY OVERNIGHT MAIL.** I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c) as part of the ordinary business practices of Gordon & Rees LLP.

☒ **BY U.S. MAIL:** I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below.

☐ **BY ELECTRONIC FILING.** I hereby certify that on _____, a copy of the foregoing documents were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Fred W. Schwinn, Esq.<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, CA  95113-2418<br>Tel: 408-294-6100<br>Fax: 408-294-6190<br>Email: fred.schwinn@sjconsumerlaw.com | Attorneys for Plaintiff John Deleon. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

-2-
PROOF OF SERVICE

is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 5, 2015.

*Jeanne P. Farrar*

———————————————
Jeanne P. Farrar