1  Craig J. Mariam  (SBN: 225280)
   cmariam@gordonrees.com
2  Andrew M. Legolvan (SBN: 292520)
   alegolvan@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco CA, 94111
   Telephone:  (415) 986-5900
5  Facsimile:  (877) 306-0043

6  Attorneys for defendants Mandot, LLC, d/b/a 1st American Self Storage;
   Budget Self Storage, LLC, d/b/a Tiger Self Storage; Elite Self Storage
7  Management, LLC; Brandon Joseph Luthye; and Tina Luthye

8
                  UNITED STATES DISTRICT COURT
9
                  EASTERN DISTRICT OF CALIFORNIA
10

11 | JOHN DELEON, individually and on                ) | CASE NO. 2:15-cv-02087
   | behalf of all others similarly situated and    ) |
   | on behalf of the general public,               ) | *District Judge Garland E. Burrell,*
12 |                                                ) | *Jr.*
   |                           Plaintiff,           ) |
13 |                                                ) | STIPULATION AND [PROPOSED]
   |       vs.                                      ) | ORDER TO RESCHEDULE
14 |                                                ) | PRETRIAL SCHEDULING
   | ELITE SELF STORAGE                             ) | CONFERENCE
15 | MANAGEMENT, LLC, a California                  ) |
   | limited liability company; MANDOT,             ) |
16 | LLC, D/B/A 1ST AMERICAN SELF                   ) |
   | STORAGE, a California limited                  ) |
17 | liability company; BUDGET SELF                 ) |
   | STORAGE, LLC, D/B/A TIGER SELF                 ) |
18 | STORAGE, a California limited                  ) |
   | liability company; REPWEST                     ) |
19 | INSURANCE COMPANY, an Arizona                  ) |
   | corporation; GREAT AMERICAN                    ) |
20 | ASSURANCE COMPANY, an Ohio                     ) |
   | corporation; BRANDON JOSEPH                    ) |
21 | LUTHYE, individually and in his                ) |
   | official capacity; TINA LUTHYE,                ) |
22 | individually and in her official               ) |
   | capacity; and DOES 1 through 100,              ) |
23 | inclusive,                                     ) |
   |                                                ) |
24 |                           Defendants.          ) |

25         TO THIS HONORABLE COURT:

26         The parties to this action, through their undersigned counsel, STIPULATE

27  as follows:

28
                                     -1-
    STIPULATION TO RESCHEDULE PRETRIAL SCHEDULING CONFERENCE

1   WHEREAS this Court has scheduled for November 23, 2015, at 9:00 a.m. a
2 pretrial scheduling conference, *see* Dkt. 3;
3   WHEREAS the lead counsel for defendant Mandot, LLC, d/b/a 1st
4 American Self Storage; Budget Self Storage, LLC, d/b/a Tiger Self Storage; Elite
5 Self Storage Management, LLC; Brandon Joseph Luthye; and Tina Luthye has a
6 prior engagement for another case on that date and time; namely, a mediation with
7 Michael D. Young, Esq. at Judicate West.
8   NOW THEREFORE it is STIPULATED and agreed by the parties that the
9 hearing be rescheduled to November 30, 2015 at 9:00 a.m., subject to the
10 discretion of this Court.

11 Dated: October 20, 2015         Respectfully submitted,
12                                 POLSINELLI PC
13                                 By:  /s/ Jennifer Axel
14                                      Jennifer Axel
                                        Richard Amoroso
15                                      Zuzana S. Ikels
16                                      Attorneys for defendant Repwest
                                        Insurance Company
17

18 Dated: October 20, 2015         Respectfully submitted,
19                                 GORDON & REES LLP
20
21                                 By:  /s/ Andrew M. Legolvan
                                        Craig J. Mariam
22                                      Andrew M. Legolvan
                                        Attorneys for defendants Mandot,
23                                      LLC, d/b/a 1st American Self
                                        Storage; Budget Self Storage,
24                                      LLC, d/b/a Tiger Self Storage;
                                        Elite Self Storage Management,
25                                      LLC; Brandon Joseph Luthye; and
26                                      Tina Luthye
27
28

-2-
STIPULATION TO RESCHEDULE PRETRIAL SCHEDULING CONFERENCE

|   |   |
|---|---|
| | Respectfully submitted, |
| | SEDGWICK, LLP |
| Dated:  October 20, 2015 | |
| | By:   /s/ Alexander E. Potente |
| | Bruce D. Celebrezze |
| | Alexander E. Potente |
| | Attorneys for defendant Great American Assurance Company |
| Dated:  October 20, 2015 | Respectfully submitted, |
| | CONSUMER LAW CENTER |
| | By:   /s/ Fred W. Schwinn |
| | Raeon R. Roulston |
| | Fred W. Schwinn |
| | Attorneys for plaintiff John DeLeon |

   The requested relief is GRANTED. The pretrial scheduling conference previously set for November 23, 2015, at 9:00 a.m. is rescheduled to December 7, 2015 at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

   IT IS SO ORDERED.

   Dated:  October 21, 2015

   _____
   GARLAND E. BURRELL, JR.
   Senior United States District Judge

-3-
STIPULATION TO RESCHEDULE PRETRIAL SCHEDULING CONFERENCE