UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DELEON, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELITE SELF STORAGE MANAGEMENT, LLC, a California limited liability company; MANDOT, LLC, D/B/A 1ST AMERICAN SELF STORAGE, a California limited liability company; BUDGET SELF STORAGE, LLC, D/B/A TIGER SELF STORAGE, a California limited liability company; REPWEST INSURANCE COMPANY, an Arizona corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation; BRANDON JOSEPH LUTHYE, individually and in his official capacity; and TINA LUTHYE, individually and in her official capacity;<br><br>　　　　Defendants.[*] | No. 2:15-cv-02087-GEB-EFB<br><br>**STATUS (PRETRIAL SCHEDULING) ORDER** |

　　　　The status (pretrial scheduling) conference scheduled for hearing on December 7, 2015, is vacated since the parties' Joint Status Report filed November 23, 2015 ("JSR") indicates the following Order should issue.

---

[*] The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

## DISMISSAL OF DOE DEFENDANTS

Since Plaintiffs have not justified Doe defendants remaining in this action, Does 1-100 are dismissed. <u>See</u> Order Setting Status (Pretrial Scheduling) Conference filed October 6, 2015, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

## MOTION FOR CLASS CERTIFICATION

The parties' proposed briefing schedule concerning whether this putative class action should be certified as a class action is adopted, as modified, as follows:

The motion for class certification shall be filed no later than July 11, 2016; an opposition or statement of non-opposition to the motion shall be filed no later than August 1, 2016; and any reply shall be filed no later than August 15, 2016. The hearing on the motion shall be noticed for September 12, 2016, at 9:00 a.m.

## SCHEDULING FURTHER STATUS REPORT

A further Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on December 12, 2016, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated: December 3, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge