UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DELEON, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>ELITE SELF STORAGE MANAGEMENT, LLC, a California limited liability company, et al.,<br><br>Defendants. | No. 2:15-cv-2087-MCE-EFB<br><br>ORDER AFTER HEARING |

This matter was before the court on November 2, 2016, for hearing on defendants Mandot, LLC, dba 1st American Self Storage ("1st American"), Budget Self Storage, LLC, dba Tiger Self Storage ("Tiger"), Elite Self Storage Management, LLC ("Elite"), Brandon Joseph Luthye and Tina Luthye's motion to compel plaintiff John DeLeon to provide further responses to interrogatories. ECF No. 84. Attorney Jason Shon appeared on behalf of the moving defendants and attorney Raeon Roulston appeared on behalf of behalf of plaintiff.[1]

/////

---

[1] Also appearing at the hearing, by telephone, were attorney Christopher Bakes on behalf of third-party defendant Sage Insurance Servicing, LLC and attorney Jennifer Axel on behalf of defendant Repwest Insurance and third-party defendant Ponderosa Insurance Agency, LLC.

1

For the reasons stated on the record, the moving defendants' motion to compel (ECF No. 84) is granted in part and denied in part.  Within 14 days of this order, plaintiff shall serve supplemental responses to 1st American's interrogatories number 1 and 2, Tiger's interrogatories numbers 5 and 6, and Elite's interrogatories numbers 16-20 that shall be based on plaintiff's own experiences and knowledge.  Defendants' motion to compel is denied in all other regards.

DATED:  November 3, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE