Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
JOHN DELEON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DELEON, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ELITE SELF STORAGE MANAGEMENT, LLC, a California limited liability company; MANDOT, LLC, D/B/A 1ST AMERICAN SELF STORAGE, a California limited liability company; BUDGET SELF STORAGE, LLC, D/B/A TIGER SELF STORAGE, a California limited liability company; REPWEST INSURANCE COMPANY, an Arizona corporation; GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation; BRANDON JOSEPH LUTHYE, individually and in his official capacity; and TINA LUTHYE, individually and in her official capacity,<br><br>Defendants. | Case No. 2:15-cv-02087-MCE-EFB<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON**<br><br>Fed. R. Civ. P. 41(a)(1) |

| | |
|---|---|
| ELITE SELF STORAGE MANAGEMENT, LLC, a California limited liability company; MANDOT, LLC, D/B/A 1ST AMERICAN SELF STORAGE, a California limited liability company; and BRANDON JOSEPH LUTHYE,<br><br>Cross-Complainants,<br>v.<br><br>REPWEST INSURANCE COMPANY, an Arizona corporation, et al.,<br><br>Cross-Defendants. | |
| ELITE SELF STORAGE MANAGEMENT, LLC, a California limited liability company; MANDOT, LLC, D/B/A 1ST AMERICAN SELF STORAGE, a California limited liability company; BUDGET SELF STORAGE, LLC, D/B/A TIGER SELF STORAGE, a California limited liability company; BRANDON JOSEPH LUTHYE; and TINA LUTHYE,<br><br>Third-Party Plaintiffs,<br>v.<br><br>SAGE INSURANCE SERVICING, LLC, a California limited liability company; PONDEROSA INSURANCE AGENCY, LLC, an Arizona limited liability company, *et al.*,<br><br>Third-Party Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate and agree that the claims asserted by plaintiff John DeLeon, individually, in the above-captioned proceeding are hereby dismissed with prejudice. The claims asserted by the putative class are hereby dismissed without prejudice. Additionally, the claims asserted between the parties through any other operative pleading in this matter, including the third party complaint and counterclaims, are hereby dismissed without prejudice. All parties to bear their own costs and attorneys' fees.

/ / /

CONSUMER LAW CENTER, INC.

Dated: November 15, 2016

By: /s/ Fred W. Schwinn
Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (Pro Hac Vice)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Javed I. Ellahie (SBN 63340)
Omair M. Farooqui (SBN 207090)
ELLAHIE & FAROOQUI, LLP
12 South First Street, Suite 600
San Jose, California 95113-2404
Telephone Number: (408) 294-0404
Facsimile Number: (408) 886-9468
Email Address: omair@eflawfirm.com

Attorneys for Plaintiff
JOHN DELEON

GORDON & REES, LLP

Dated: November 15, 2016

By: /s/ Craig J. Mariam
Craig J. Mariam (SBN 225280)
Jason W. Suh (SBN 256573)
Andrew M. Legolvan (SBN 292520)
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone Number: (415) 986-5900
Facsimile Number: (877) 306-0043
Email Address: cmariam@gordonrees.com

Attorneys for Defendants/Cross-Complainants/ Third-Party Plaintiffs
ELITE SELF STORAGE MANAGEMENT, LLC; MANDOT, LLC, D/B/A 1ST AMERICAN SELF STORAGE; BUDGET SELF STORAGE, LLC, D/B/A TIGER SELF STORAGE; BRANDON JOSEPH LUTHYE; and TINA LUTHYE

SEDGWICK, LLP

Dated: November 16, 2016

By: /s/ Alexander E. Potente
Bruce D. Celebrezze (SBN 102181)
Alexander E. Potente (SBN 208240)
SEDGWICK, LLP
333 Bush Street, 30th Floor
San Francisco, California 94104-2834
Telephone Number: (415) 781-7900
Facsimile Number: (415) 781-2635
Email Address: alex.potente@sedgwicklaw.com

Attorneys for Defendant
GREAT AMERICAN ASSURANCE COMPANY

POLSINELLI, P.C.

Dated: November 16, 2016

By: /s/ Jennifer J. Axel
Zuzana S. Ikels (SBN 208671)
Richard Amoroso (*Pro Hac Vice*)
Jennifer J. Axel (*Pro Hac Vice*)
POLSINELLI, P.C.
One East Washington Street, Suite 1200
Phoenix, Arizona 85004
Telephone Number: (602) 650-2000
Email Address: jaxel@polsinelli.com

Attorneys for Defendant/Cross-Defendant
REPWEST INSURANCE COMPANY
and Third-Party Defendant
PONDEROSA INSURANCE AGENCY, LLC

LOCKE LORD, LLP

Dated: November 16, 2016

By: /s/ Matthew T. Furton
Christopher J. Bakes (SBN 99266)
Matthew T. Furton (*Pro Hac Vice*)
LOCKE LORD, LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone Number: (213) 485-1200
Email Address: cbakes@lockelord.com

Attorneys for Third-Party Defendant
SAGE INSURANCE SERVICING, LLC

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the claims asserted by plaintiff John DeLeon, individually, are hereby dismissed with prejudice. The claims asserted by the putative class are hereby dismissed without prejudice. Additionally, the claims asserted between the parties through any other operative pleading in this matter, including the third party complaint and counterclaims, are hereby dismissed without prejudice. All parties to bear their own costs and attorneys' fees.

The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 16, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE